No. 10–1076. SHLISHEY THE BEST, INC., TRUSTEE FOR THE TWICE AS NICE 2X22 LAND TRUST *v.* OPTION ONE MORTGAGE

CORP. ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.